IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WURTTEMBERGISCHE**
**GEMEINDE-VERSICHERUNG,**

    Plaintiff,

v.                                    CASE NO. 4:13-cv-313-MW/CAS

**MARIANNE BORDT, individually,**
**and THE ESTATE OF CAMDEN**
**CLIFFORD HIERS, deceased,**

    Defendants.
_____/

## ORDER CONTINUING TRIAL AND
## RELIEVING PARTIES FROM MEDIATION

This Court has considered, without hearing, the parties' joint motion to extend or eliminate the mediation deadline and to extend the trial date, ECF No. 70. The motion is **GRANTED.**

The parties are relieved of their obligation to mediate in this case. The trial and related deadlines **are continued.** The Clerk shall issue a notice removing the trial set for the trial period beginning on July 14, 2014, from the trial calendar. The Clerk shall enter a new pretrial order following the adjudication of the parties'

1

motions for summary judgment.

**SO ORDERED on February 5, 2014.**

**s/Mark E. Walker　　　　　**
**United States District Judge**