IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WURTTEMBERGISCHE
GEMEINDE-VERSICHERUNG,

    Plaintiff,

v.                                     CASE NO. 4:13-cv-313-MW/CAS

MARIANNE BORDT, individually,
and THE ESTATE OF CAMDEN
CLIFFORD HIERS, deceased,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR
## LEAVE TO FILE SURREPLY

This Court has considered, without hearing, Defendant the Estate of Camden Clifford Hiers' Motion for Leave to File Surreply to Plaintiff's Reply, ECF No. 75.

The motion is **GRANTED**. Defendant shall file its surreply, not to exceed 9 pages, on or before **February 25, 2014.**

    SO ORDERED on February 20, 2014.

                                           s/Mark E. Walker          
                                           United States District Judge